**Clint G. KIEFFER, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION
BOARD, Respondent.**

No. 2006–3423.

United States Court of Appeals,
Federal Circuit.

Dec. 6, 2006.

**ORDER**

Petitioner having paid the initial filing fee, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.